UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENYATTA HUTTON                                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 4:08CV60 DPJ-FKB

CHRISTOPHER EPPS, ET AL.                                                       DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendations of the United States Magistrate Judge entered in this cause, and having adopted same as the opinions of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE